UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR MITCHELL PRIDE, JR.,<br><br>Plaintiff,<br><br>v.<br><br>PILOT TRAVEL CETNERS, LLC dba PILOT FLYING J. GAS STATION #365,<br><br>Defendant. | No. 1:21-cv-00153-JLT-SKO<br><br>ORDER DIRECTING THE CLERK OF COURT TO CLOSE THE CASE<br><br>(Doc. 57) |

On February 28, 2023, the parties filed a joint stipulation dismissing the action with prejudice. (Doc. 57.) In light of the parties' stipulation, this action has been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice. Accordingly, the Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **February 28, 2023**          /s/ *Sheila K. Oberto*
                                    UNITED STATES MAGISTRATE JUDGE